# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:15-cr-00064-APG-CWH |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| JIMMY MATUTE, ) | Motion to Modify Conditions of |
| ) | Release and Supervision (#76) |
| Defendant. ) | |
| ) | |

This matter is before the Court on Defendant Jimmy Matute's Motion to Modify Conditions of Release and Supervision Thereto (#76), filed on December 29, 2015. The Government filed a Non-Opposition (#78) to Defendant's Motion on January 20, 2016. Accordingly,

**IT IS HEREBY ORDERED** that Defendant Jimmy Matute's Motion to Modify Conditions of Release and Supervision Thereto (#76) is **granted** as follows: Defendant's conditions of pre-trial release shall now restrict his travel to within Florida and to Nevada for court appearances. All other conditions of Defendant's pre-trial release, aside from the designation of Defendant's third-party custodian, remain unchanged.

**IT IS FURTHER ORDERED** that a hearing is set for Wednesday, **January 27, 2016 at 9:30 a.m. in Courtroom 3D** wherein the Court will address Defendant's mother, Feliciana Matute's duties as Defendant's third-party custodian.

. . .

. . .

. . .

. . .

**IT IS FURTHER ORDERED** that Defendant and Defendant's mother, Feliciana Matute, shall appear telephonically. They are instructed to call telephone number: **(888) 251-2909, access code 7771745** five (5) minutes prior to the hearing time.  Please remain on the line until such time as the Court joins the call and convenes the proceedings.  The use of a cell phone or speaker phone during the call is **prohibited**.  *The call must be made using a land line.*

DATED this 21st day of January, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge